

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00235-CV

CURTIS SHABAZZ, APPELLANT

V.

DIONNE ETHERIDGE, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. V-101658-E, Honorable Douglas Woodburn, Presiding

August 14, 2014

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant Curtis Shabazz has filed a motion seeking voluntary dismissal of this appeal.[1]  The Court finds the motion complies with the requirements of appellate rule 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

---

[1] The heading of the trial court's judgment identifies only defendant, "Dionne Etheridge."  Elsewhere, the judgment references a motion to dismiss brought by "defendants Clark, Etheridge, and Grant[]."  The clerk's record contains an answer filed by "Brian Clark, Dionne Etheridge, and Nikelle Grant."

Accordingly, and as no decision of the Court has been delivered to date, we grant Shabazz's motion to dismiss the appeal. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. *See* TEX. R. APP. P. 42.1(a)(1). As Shabazz is indigent, no costs are taxed. TEX. R. APP. P. 42.1(d).

James T. Campbell
Justice